**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **EVENS PIERRE #A220-295-788** | **CASE NO. 1:26-CV-03146 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ELEAZAR GARCIA JR ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 12] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Evens Pierre's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE AS MOOT**.

MONROE, LOUISIANA, this 20th day of October, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE